|   |   |
|---|---|
| 1 | The Honorable Robert S. Lasnik |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AGROFRESH INC.,

        Plaintiff,

v.

ESSENTIV LLC, DECCO U.S. POST-HARVEST, INC., CEREXAGRI, INC. d/b/a DECCO POST-HARVEST, and UPL, LTD.,

        Defendants.

No. 2:19-mc-00047-RSL

**STIPULATED MOTION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO COMPEL PACE INTERNATIONAL LLC TO COMPLY WITH SUBPOENAS OR, IN THE ALTERNATIVE, TO TRANSFER THIS MATTER TO THE DISTRICT OF DELAWARE**

NOTE ON MOTION CALENDAR:
April 22, 2019

## STIPULATION

Defendants Decco U.S. Post-Harvest, Inc., Cerexagri, Inc. d/b/a Decco Post-Harvest, and UPL, Ltd. (collectively, "Defendants" or "Decco"), Plaintiff Agrofresh Inc., ("Agrofresh") and third party Pace International LLC ("Pace") stipulate as follows:

1. On April 11, 2019, Defendants filed a motion to compel Pace to comply with a subpoena, or alternatively, to transfer the matter to the Delaware District Court (Dkt. No. 1).

STIPULATED MOTION & [PROPOSED] ORDER
REGARDING DEADLINE TO RESPOND TO
MOTION TO COMPEL
No. 2:1-mc-00047-RSL – Page 1



Yarmuth LLP

1420 Fifth Avenue, Suite 1400
Seattle, Washington 98101
phone 206.516.3800   fax 206.516.3888

2. The motion to compel was noted on the Court's motion calendar for April 26, 2019. Per LCR 7(d)(3), opposition papers are due April 22, 2019.

3. Defendants, Agrofresh and Pace stipulate that the deadline for opposition papers is extended to May 1, 2019, and Defendants' reply papers will be due May 8, 2019, with the matter re-noticed for May 10, 2019.

Dated: April 22, 2019.

**YARMUTH LLP**

By: s/ John H. Jamnback
John H. Jamnback, WSBA No. 29872
1420 Fifth Avenue, Suite 1400
Seattle, WA 98101
Phone: 206.516.3800
Email: jjamnback@yarmuth.com

**RICHARDS, LAYTON & FINGER, P.A.**
Frederick L. Cottrell, III
Jeffrey L. Moyer
Nicole K. Pedi
One Rodney Square
920 North King Street
Wilmington, DE 19801
Phone: 302.651.7700
Email: cottrell@rlf.com
       moyer@rlf.com
       pedi@rlf.com

*Attorneys for Defendants Decco U.S. Post Harvest, Inc., Cerexagri, Inc. d/b/a Decco Post-Harvest, and UPL Ltd.*

**FOLEY & LARDNER LLP**

By: s/ Matthew B. Lowrie (w/permission)
Matthew B. Lowrie
Kevin M. Littman
111 Huntington Avenue, Suite 2500
Boston, MA 02199-7610
Phone: 617.342.4000
Email: mlowrie@foley.com
       klittman@foley.com

*Attorneys for Third Party Subpoena Recipient Pace International LLC*

**BARNES & THORNBURG LLP**

By: s/ Robert D. MacGill (w/permission)
Chad S.C. Stover
Robert D. MacGill
1000 N. West Street, Suite 1500
Wilmington, DE 19801-1054
Phone: 302.300.3434
Email: chad.stover@btlaw.com
       rmacgill@btlaw.com

Lynn C. Tyler
Deborah Pollack-Milgate
T. Joseph Wendt
Jessica M. Lindemann
Matthew T. Ciulla
11 South Meridian Street
Indianapolis, IN 46204-3535
Phone: 317.236.1313
Email: lynn.tyler@btlaw.com
       dmilgate@btlaw.com
       jwendt@btlaw.com
       jessica.lindemann@btlaw.com
       matthew.ciulla@btlaw.com

*Attorneys for Plaintiff AgroFresh Inc.*

STIPULATED MOTION & [PROPOSED] ORDER
REGARDING DEADLINE TO RESPOND TO
MOTION TO COMPEL
No. 2:1-mc-00047-RSL – Page 2



Yarmuth LLP
1420 Fifth Avenue, Suite 1400
Seattle, Washington 98101
phone 206.516.3800  fax 206.516.3888

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

DATED: April 30, 2019.

_____
THE HONORABLE ROBERT S. LASNIK
United States District Judge

STIPULATED MOTION & [PROPOSED] ORDER
REGARDING DEADLINE TO RESPOND TO
MOTION TO COMPEL
No. 2:1-mc-00047-RSL – Page 3

Yarmuth LLP

1420 Fifth Avenue, Suite 1400
Seattle, Washington 98101
phone 206.516.3800  fax 206.516.3888