The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AGROFRESH INC.,

        Plaintiff,

v.

ESSENTIV LLC, *et al.*,

        Defendants.

Cause No. MC19-0047RSL

**ORDER OF TRANSFER**

Defendants Decco U.S. Post-Harvest, Inc., Cerexagri, Inc. d/b/a Decco Post-Harvest, and UPL, Ltd (collectively, "Defendants"), Plaintiff Agrofresh Inc., and third-party Pace International LLC have stipulated to transfer venue of this case pursuant to Fed. R. Civ. P. 45(f) to the district in which the underlying matter is pending. The Clerk of Court is therefore directed to transfer this case to the U.S. District Court for the District of Delaware as related to Civil Action No. 16-662-MN (D. Del.).

Dated this 14th day of May, 2019.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER OF TRANSFER